UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re OCWEN FEDERAL BANK FSB MORTGAGE SERVICING LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *Mikail Khashan v. Hacienda Escrow Corp., et al.*, ) Case No. 8:04-1291 (C.D. Cal.) ) ) | Case No. 04-C-2714 MDL No. 1604 Judge Norgle |

## NOTICE OF DISMISSAL

The action filed by Mikhail Khashan in the United States District Court for the Central District of California, Case No. 8:04-cv-01291-DOC-MLG, which action was subsequently transferred to the United States District Court for the Northern District of Illinois for consolidated proceedings in *In re Ocwen Federal Bank FSB Mortgage Servicing Litigation*, MDL No. 1604, was dismissed pursuant to Federal Rule of Civil Procedure 41(a). A copy of the Notice of Dismissal filed with the Clerk of the United States District Court for the Central District of California is attached at Tab 1.

Dated: December 23, 2005            Respectfully submitted,

                                    _____/s/ Daniel Noland_____
Terrence E. Kiwala                  Brian P. Brooks
Daniel M. Noland                    Randall W. Edwards
**DYKEMA GOSSETT PLLC**             **O'MELVENY & MYERS LLP**
**PLLC**                            1625 Eye Street, N.W.
10 S. Wacker Drive                  Washington, D.C. 20006
Chicago, IL 60606                   (202) 383-5300
(312) 876-1700                      (202) 383-5414 (fax)
(312) 876-1155 (fax)

                                    Robert A. Nicholas
                                    Louis W. Schack
                                    **REED SMITH LLP**
                                    2500 One Liberty Place
                                    Philadelphia, PA 19103-7301
                                    (215) 851-8100
                                    (215) 851-1420 (fax)
                                    *Attorneys for Defendant*
                                    *Ocwen Loan Servicing, LLC, successor in interest*
                                    *to Ocwen Federal Bank FSB*