C:\Documents and Settings\atty2\Desktop\Order of Dismissal.wpd/PAG/lh

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELILIE CARRUTHERS, and ALONZA CARRUTHERS )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OCWEN FEDERAL BANK, FSB; MOSS, CODILIS, STAWLARSKI, MORRIS, SCHNEIDER & PRIOR, L.L.P.; FEDERATED MORTGAGE, INC.; Fictitious Defendants A,B,C,... Those individuals, partnerships, corporations, limited liability companies, or other legal entities who are or have been holders or servicers of the notes and mortgages executed by the Plaintiffs or who have otherwise attempted to collect the fees, finance charges, and other penalties from the Plaintiffs, Defendants. ) | Case No.: 04-C-2714 |

### ORDER OF DISMISSAL WITH PREJUDICE

This cause coming to be heard by Stipulation of the parties attached hereto due notice having been given, the Court being fully advised in the premises and finding that all matters in controversy have been fully and finally compromised by and between the Plaintiffs, Delilie Carruthers and Alonza Carruthers and Defendant, Federated Mortgage, Inc.

**IT IS HEREBY ORDERED** that this cause is hereby dismissed with prejudice and without costs.

11-3-06

ENTERED:

JUDGE:

Kevin W. Doherty
Payal A. Gurnani
DOHERTY & PROGAR LLC
200 W. Adams Street, Suite 2220
Chicago, Illinois 60606
(312) 630-9630
Attorney No.: 39204