MAR 27 2007

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re OCWEN FEDERAL BANK MORTGAGE SERVICING LITIGATION | ) ) ) | Case No. 04-C-2714 MDL No. 1604 |
| THIS DOCUMENT RELATES TO | ) ) | |
| In the Northern District of Alabama: | ) | Judge Norgle |
| *Stephanie Hunter, et al. v. Ocwen Federal Bank FSB*, C.A. No. 2:04-2864 | ) ) | |
| *Maggie Williams, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 4:04-2869 | ) ) | |
| *Mary Crosby, v. Ocwen Federal Bank FSB, et al.*, C.A. No. 5:04-2828 | ) ) | |
| *Deborah Bush, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 7:04-2827 | ) ) | |
| *Billy M. Dockery, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 7:04-2830 | ) ) | |
| *Marvin Ellison, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 2:04-2909 | ) ) | |
| *Wilfred Hinton v. Ocwen Federal Bank FSB, et al.*, C.A. No. 2:05-689 | ) ) | |
| *Allen Hopkins v. Ocwen Federal Bank FSB, et al.*, C.A. No. 2:05-33 | ) ) | |
| *Louise Morrow v. Ocwen Federal Bank FSB, et al.*, C.A. No. 2:04-2612 | ) ) | |
| In the Southern District of Alabama: | ) | |
| *Stevie Cooper, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 1:04-639 | ) ) | |
| *Cheryle Williams v. Ocwen Federal Bank FSB, et al.*, C.A. No. 2:04-627 | ) ) | |
| In the Middle District of Alabama: | ) | |
| *Delilie Carruthers, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 2:04-901 | ) ) | |
| *Willowdean Glover v. Ocwen Federal Bank FSB, et al.*, C.A. No. 2:04-961 | ) ) | |
| In the Northern District of Mississippi: | ) | |
| *Carolyn P. Calhoun, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 4:04-293 | ) ) ) | |
| *Freddie Jones, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 4:04-294 | ) ) | |
| | ) | |

{B0689946}

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs in the above-styled actions ("Plaintiffs") and Defendants Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB, and Ocwen Financial Corporation (collectively "Ocwen") and Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, identified as Moss, Codilis, Schnieder, LLP ("Moss"), by and through counsel, and hereby stipulate to the dismissal of Ocwen and Moss in the above-styled actions with prejudice.

Specifically, Plaintiffs dismiss, with prejudice, any and all claims against Ocwen and Moss that were, or could have been, asserted. Each party is to bear its own costs.

Done this the 28th day of March, 2007.

Rhon E. Jones
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103

R. Cooper Shattuck
Jane L. Calamusa
ROSEN, COOK, SLEDGE, DAVIS,
SHATTUCK & OLDSHUE
2117 Jack Warner Parkway
P.O. Box 2727
Tuscaloosa, Alabama 35403

*Counsel for Plaintiffs*

Daniel M. Noland
Terrence E. Kiwala
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
(312) 876-1155 (fax)

Brian P. Brooks
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
(202) 383-5414 (fax)

*Counsel for Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB, and Ocwen Financial Corporation*

{B0689946}

/s/ David J. Chizewer
David J. Chizewer
Jon E. Klinghoffer
**GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD.**
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603
(312) 201-3938
(312) 863-7438 (fax)

*Attorneys for Defendant Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP*