UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re OCWEN FEDERAL BANK MORGAGE SERVICING LITIGATION ) ) ) | Case No. 04-C-2714 MDL No. 1604 |
| THIS DOCUMENT RELATES TO ) ) | |
| In the Northern District of Alabama: ) *Lizzie Hannah, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 7:04-2833 ) ) | Judge Norgle |
| In the Southern District of Alabama: ) *Roy Capers v. Ocwen Federal Bank Bank FSB, et al.*, C.A. No. 1:05-233 ) ) | |
| In the Middle District of Alabama: ) *Robert Harris, et al. v. Ocwen Federal Bank FSB, et al.*, C.A. No. 3:05-254 ) ) | |
| In the Bankruptcy Court for the Southern District of Alabama: ) *Daisy J. Howard v. Ocwen Federal Bank FSB, et al.*, C.A. No. 1:04-1156 ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs in the above-styled actions ("Plaintiffs") and Defendants Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB, and Ocwen Financial Corporation (collectively "Ocwen") and Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, identified as Moss, Codilis, Schnieder, LLP ("Moss"), by and through counsel, and hereby stipulate to the dismissal of Ocwen and Moss in the above-styled actions with prejudice.

Specifically, Plaintiffs dismiss, with prejudice, any and all claims against Ocwen and Moss that were, or could have been, asserted. Each party is to bear its own costs.

Done this the 23 day of ~~December~~ January, 2008.

{B0785560}

_____  _____
Rhon E. Jones                                    R. Cooper Shattuck
**BEASLEY, ALLEN, CROW,**          Jane L. Calamusa
**METHVIN, PORTIS & MILES, P.C.**  **ROSEN, COOK, SLEDGE, DAVIS,**
218 Commerce Street                         **SHATTUCK & OLDSHUE**
P.O. Box 4160                                     2117 Jack Warner Parkway
Montgomery, Alabama 36103            P.O. Box 2727
                                                              Tuscaloosa, Alabama  35403

*Counsel for Plaintiffs*

_____
Brian P. Brooks
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C.  20006
(202) 383-5300
(202) 383-5414 (fax)

Daniel M. Noland
Terrence E. Kiwala
**DYKEMA GOSSETT PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
(312) 876-1155 (fax)

*Counsel for Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB, and Ocwen Financial Corporation*

_____
David J. Chizewer
Jon E. Klinghoffer
**GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD.**
55 East Monroe Street, Suite 3700
Chicago, Illinois  60603
(312) 201-3938
(312) 863-7438 (fax)

*Attorneys for Defendant Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP*

{B0785560}