UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In re OCWEN FEDERAL BANK            )
MORTGAGE SERVICING LITIGATION       )   Case No. 04-C-2714
                                    )   MDL No. 1604
_____ )
THIS DOCUMENT RELATES TO            )
                                    )
In the Bankruptcy Court for the     )
Southern District of Mississippi:   )   Judge Norgle
Reginald Rhodes, et al. v. Ocwen Financial )
Corporation, C.A. No. 05-02387      )
                                    )
_____ )

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiffs in the above-styled action and Defendant Ocwen Financial Corporation ("Ocwen"), by and through counsel, and hereby stipulate to the dismissal of Ocwen in the above-styled action without prejudice. Each party is to bear its own costs.

Done this the 14th day of February, 2008.

J. Thomas Ash
Attorney At Law
P.O. Box 13219
Jackson, MS 39236-3219
(601) 981-5600

Frank H. Coxwell, III
COXWELL & ASSOCIATES, PLLC
500 North State Street
Jackson, MS 39201-1109
(601) 948-7907

*Counsel for Plaintiffs*

Daniel M. Noland
Terrence E. Kiwala
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
(312) 876-1155 (fax)

Brian P. Brooks
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
(202) 383-5414 (fax)

*Counsel for Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB, and Ocwen Financial Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed the foregoing **Joint Stipulation of Dismissal Without Prejudice** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

mbehn@behnwyetzner.com
david.chizewer@goldbergkohn.com
courtecl@aol.com
reedk@lerachlaw.com
klein@roddykleinryan.com
jon.klinghoffer@goldbergkohn.com
nmccarthy@cpsmlaw.com
mobrien@bronson-kahn.com
aporter@bronson-kahn.com
tscarborough@sidley.com
dedelman@edcombs.com
aabtahi@cpsmlaw.com
lschlichtmann@cpsmlaw.com

s/Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2396789.1
ID\DMN