# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re OCWEN FEDERAL BANK MORTGAGE SERVICING LITIGATION | Case No. 04-C-2714<br>MDL No. 1604 |
| THIS DOCUMENT RELATES TO | |
| *David Waters, Sr. & Susan Waters*<br>v.<br>*Ocwen Financial Corp., et al.*<br>(W.D. Texas No. A-07-CA-061 LY) | Case No. 1:07-cv-03520 |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs David Waters, Sr. and Susan Waters ("Plaintiffs") and Defendants Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, as successor in interest to Ocwen Federal Bank, FSB and the Bank of New York, as Trustee, as successor in interest to Bank One, N.A., as Trustee (collectively, "Ocwen"), have stipulated to the following facts:

1. Ocwen Loan Servicing, LLC services Plaintiffs' loan on behalf of the investor, The Bank of New York, as trustee.

2. Plaintiffs formerly owned the property located at 805 Meadow Brook Drive, Caldwell, Texas 77836 (the "Property"). The Property was auctioned at a foreclosure sale in December 2004, and a Substitute Trustee's Deed dated December 7, 2004 conveyed the Property to the Bank of New York, as Trustee.

3. Plaintiffs have continued to reside at the property since the foreclosure sale.

4. On December 5, 2006, Plaintiffs filed suit against Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, as successor in interest to Ocwen Federal Bank, FSB, and Bank One, N.A., as Trustee, alleging that (among other things) the foreclosure sale was wrongful.

5. Plaintiffs and Defendants have now voluntarily settled and compromised their claims in full. In connection with that agreement, the parties agreed to take the necessary steps to rescind the Substitute Trustee's Deed dated December 7, 2004 and vacate the foreclosure sale to the Bank of New York, thereby restoring title to the Property to Plaintiffs, subject to an agreed-upon lien by the Bank of New York, as Trustee.

Plaintiffs and Defendants respectfully request that the Court enter the attached Agreed Final Judgment that vacates the foreclosure sale of the Property; rescinds the Substitute Trustee's Deed and declares it null and void; restores title to the Property in the Plaintiffs, subject to an agreed-upon first lien in favor of the Bank of New York; and orders that Plaintiffs take nothing on their claims against all defendants.

_____
William H. Oliver
Pipkin, Oliver & Bradley, L.L.P.
State Bar No. 15265200
1020 Northeast Loop 410, Suite 810
San Antonio, Texas 78209
(210) 820-0082 (phone)
(210) 820-0077 (facsimile)

Edward M. Carstarphen
State Bar No. 03906700
5847 San Felipe, Suite 1900
Houston, Texas 77057
(713) 647-6800 (phone)
(713) 647-6884 (facsimile)

Robert C. Hilliard
State Bar No. 09677700
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Teas 78401
(361) 882-1612 (phone)
(361) 882-3015 (facsimile)

Attorneys for Plaintiffs

_____
Mark D. Cronenwett
Cowles & Thompson
901 Main Street, Suite 400
Dallas, Texas 75202-3793
(214) 672-2000 (phone)
(214) 672-2020 (fax)

Attorney for Defendants Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank, FSB, Ocwen Financial Corporation, and the Bank of New York, as Trustee, as successor in interest to Bank One, N.A., Trusteee

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re OCWEN FEDERAL BANK MORTGAGE SERVICING LITIGATION | ) ) ) ) Case No. 04-C-2714<br>MDL No. 1604 |
| THIS DOCUMENT RELATES TO | ) ) ) |
| *David Waters, Sr. & Susan Waters*<br>v.<br>*Ocwen Financial Corp., et al.*<br>(W.D. Tex. No. A-07-CA-061 LY) | ) ) ) Case No. 1:07-cv-03520 ) ) |

## AGREED FINAL JUDGMENT

Plaintiffs David Waters, Sr. and Susan Waters ("Plaintiffs") and Defendants Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, as successor in interest to Ocwen Federal Bank, FSB and the Bank of New York, as Trustee, as successor in interest to Bank One, N.A., as Trustee (collectively, "Ocwen"), have stipulated to the following facts in an agreed motion:

1. Ocwen Loan Servicing, LLC services Plaintiffs' loan on behalf of the investor, The Bank of New York, as trustee.

2. Plaintiffs formerly owned the property located at 805 Meadow Brook Drive, Caldwell, Texas 77836 (the "Property"). The Property was auctioned at a foreclosure sale in December 2004, and a Substitute Trustee's Deed dated December 7, 2004 conveyed the Property to the Bank of New York, as Trustee.

3. Plaintiffs have continued to reside at the property since the foreclosure sale.

4. On December 5, 2006, Plaintiffs filed suit against Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, as successor in interest to Ocwen Federal Bank, FSB, and Bank One, N.A., as Trustee, alleging that (among other things) the foreclosure sale was wrongful.

5. Plaintiffs and Defendants have now voluntarily settled and compromised their claims in full. In connection with that agreement, the parties agreed to take the necessary steps

to rescind the Substitute Trustee's Deed dated December 7, 2004 and vacate the foreclosure sale to the Bank of New York, thereby restoring title to the Property to Plaintiffs, subject to an agreed-upon lien in favor the Bank of New York, as Trustee.

IT IS THEREFORE ORDERED that the foreclosure sale of the Property is vacated, the Substitute Trustee's Deed is rescinded and declared null and void, and that title to the Property is returned to and fully vested in Plaintiffs, subject to an agreed-upon lien in favor of the Bank of New York, as Trustee.

IT IS FURTHER ORDERED that Plaintiffs' take nothing on their claims against all Defendants. All relief not granted herein is denied.

SO ORDERED.

Dated _____, 2008.

_____
United States District Judge

AGREED AS TO FORM AND CONTENT:

*[signature]*

William H. Oliver
Pipkin, Oliver & Bradley, L.L.P.
State Bar No. 15265200
1020 Northeast Loop 410, Suite 810
San Antonio, Texas 78209
(210) 820-0082 (phone)
(210) 820-0077 (facsimile)

Edward M. Carstarphen
State Bar No. 03906700
5847 San Felipe, Suite 1900
Houston, Texas 77057
(713) 647-6800 (phone)
(713) 647-6884 (facsimile)

Robert C. Hilliard
State Bar No. 09677700
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Teas 78401
(361) 882-1612 (phone)
(361) 882-3015 (facsimile)

Attorneys for Plaintiffs

*[signature]*

Mark D. Cronenwett
Cowles & Thompson
901 Main Street, Suite 400
Dallas, Texas 75202-3793
(214) 672-2000 (phone)
(214) 672-2020 (fax)

Attorney for Defendants Ocwen Loan
Servicing, LLC, successor in interest to Ocwen
Federal Bank, FSB, Ocwen Financial
Corporation, and the Bank of New York, as
Trustee, as successor in interest to Bank One,
N.A., as Trusteee

DLI-6205949v1

3