**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

☐ **DOCUMENT ENTERED IN ERROR**

☐ **DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF _____.**

☐ **INCORRECT DOCUMENT LINKED**