FILED
JUN 05 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE OCWEN FEDERAL BANK FSB MORTGAGE SERVICING LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ) In the Northern District of Alabama: ) *Joe Jordan and Lula Jordan, et al.* ) *v. Ocwen Federal Bank, FSB, et al.*, ) C.A. No. 7:05-1588 ) | Case No. 04 C 02714 MDL No. 1604 Honorable Charles R. Norgle |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Joe Jordan and Lula Jordan, plaintiffs in the above-styled action ("Plaintiffs") and Defendant Wells Fargo Bank, N.A., which does business as Wells Fargo Home Mortgage and America's Servicing Company, ("Wells Fargo"), by and through counsel, and hereby stipulate to the dismissal of Wells Fargo in the above-styled action with prejudice.

Specifically, plaintiffs dismiss, with prejudice, any and all claims against Wells Fargo that were asserted. Each party is to bear its own costs.

Done this the _1_ day of _June_, 2012.

_____
Jane L. Calamusa
Rosen Harwood
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
(205) 344-5000
(205) 758-8358 (facsimile)
E-mail: jcalamusa@rosenharwood.com
Attorney for Plaintiffs

/s/ Henry A. Callaway
_____
Henry A. Callaway, III
HAND ARENDALL LLC
P. O. Box 123
Mobile, AL 36601
(251) 432-5511
(251) 694-6375 (fax)
E-mail: hcallaway@handarendall.com
Attorney for Defendant Wells Fargo

1462345_1