UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re OCWEN FEDERAL BANK MORTGAGE SERVICING LITIGATION ) ) ) THIS DOCUMENT RELATES TO ) ) In the Southern District of Texas: ) Rosas, et al. v. Ocwen Loan Servicing, LLC, ) C.A. No. 2:07-CV-00425 ) (N.D. Ill. Case. No. 1:07-cv-07035 ) | Case No. 04-C-2714 MDL No. 1604 Judge Norgle |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Michael Harlan, plaintiff in the above-styled action ("Plaintiff") and Defendant Ocwen Loan Servicing ("OLS"), successor in interest to Ocwen Federal Bank, FSB ("OFB"), (OLS and OFB collectively, the "Ocwen Entities"), by and through counsel, and hereby stipulate to the dismissal of the Ocwen Entities in the above-styled action *with prejudice*.

Specifically, Plaintiff dismisses, with prejudice, any and all claims against the Ocwen Entities that were asserted. Each party is to bear its own costs.

Done this the 13th day of December, 2012.

/s/ William H. Oliver
William H. Oliver
**PIPKIN OLIVER & BRADLEY, L.L.P.**
1020 NE Loop 410
Suite 810
San Antonio, TX 78209
Tel: 210-820-0082
Fax: 210-820-0077
Email: wholiver@pobllp.com

*Counsel for Plaintiff*

| | |
|---|---|
| Daniel M. Noland<br>Terrence E. Kiwala<br>**DYKEMA GOSSETT PLLC**<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>(312) 876-1700<br>(312) 876-1155 (fax) | /s/ Elizabeth L. McKeen<br>Elizabeth L. McKeen<br>**O'MELVENY & MYERS LLP**<br>610 Newport Center Drive<br>Newport Beach, CA 92660<br>(949) 760-9600<br>(949) 823-6994 (fax)<br><br>*Counsel for Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB* |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of December 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent electronically to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The filing will also be served by U.S. mail upon all parties appearing in the associated case *Rosas, et al. v. Ocwen Loan Servicing, LLC*, C.A. No. 2:07-CV-00425, Southern District of Texas.

      By: /s/ Elizabeth Lemond McKeen  
      Elizabeth Lemond McKeen  
      *Counsel for Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB*

Elizabeth Lemond McKeen  
O'MELVENY & MYERS LLP  
610 Newport Center Drive, 17th Floor  
Newport Beach, CA 92660-6429  
Telephone: (949) 760-9600  
Facsimile: (949) 823-6994  
Email: emckeen@omm.com