UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re OCWEN FEDERAL BANK MORTGAGE SERVICING LITIGATION | ) ) ) | Case No. 04-C-2714 MDL No. 1604 |
| THIS DOCUMENT RELATES TO | ) ) | |
| In the Western District of Texas: *Selina Jantz v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 1:06-cv-216-LY (N.D. Ill. Case No. 1:06-cv-04563) | ) ) ) ) | Judge Norgle |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Selina Jantz, plaintiff in the above-styled action ("Plaintiff") and Defendants Ocwen Federal Bank, FSB ("OFB"), predecessor in interest to Ocwen Loan Servicing, LLC, ("OLS"), Ocwen Financial Corporation ("OFC"), (OFB, OLS and OFC collectively, the "Ocwen Entities"), by and through counsel, and hereby stipulate to the dismissal of the Ocwen Entities in the above-styled action *with prejudice*.

Specifically, Plaintiff dismisses, with prejudice, any and all claims against the Ocwen Entities that were asserted. Each party is to bear its own costs.

Done this the 13th day of December, 2012.

/s/ William H. Oliver
William H. Oliver
**PIPKIN OLIVER & BRADLEY, L.L.P.**
1020 NE Loop 410
Suite 810
San Antonio, TX 78209
Tel: 210-820-0082
Fax: 210-820-0077
Email: wholiver@pobllp.com

*Counsel for Plaintiffs*

Daniel M. Noland
Terrence E. Kiwala
**DYKEMA GOSSETT PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700
(312) 876-1155 (fax)

/s/ Elizabeth L. McKeen
Elizabeth L. McKeen
**O'MELVENY & MYERS LLP**
610 Newport Center Drive
Newport Beach, CA 92660
(949) 760-9600
(949) 823-6994 (fax)

*Counsel for Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB and Ocwen Financial Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent electronically to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The filing will also be served by U.S. mail upon all parties appearing in the associated case *Selina Jantz v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 1:06-cv-216-LY, Western District of Texas.

By: /s/ Elizabeth Lemond McKeen
Elizabeth Lemond McKeen
*Counsel for Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB, and Ocwen Financial Corporation*

Elizabeth Lemond McKeen
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone:    (949) 760-9600
Facsimile:    (949) 823-6994
Email:        emckeen@omm.com