## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re OCWEN FEDERAL BANK MORTGAGE SERVICING LITIGATION ) ) ) ) ) ) ) ) ) | Case No. 04 C 2714<br>MDL No. 1604<br><br>Judge: CHARLES R. NORGLE |

### ORDER

Enter Order of Dismissal With Prejudice as to case No. 07C 7035. (See attached Order)

Date: 8/27/2013

CHARLES RONALD NORGLE, Judge
United States District Court.

EF